IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:01CR61 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| CHAD COY, | ) | |
| | ) | |
| Defendant. | ) | |

   Pending before me is a motion to amend the presentence report (filing 48). It will be granted.

   IT IS ORDERED that:

   (1)   The defendant's motion to amend/correct the presentence report (filing 48) is granted. The presentence report for Mr. Coy is corrected in the following particulars:

   (a)   Paragraph 30 regarding the base offense level – should be 32 not 34;

   (b)   Paragraph 31 regarding the gun enhancement – the presentence report should indicate that a gun enhancement was not warranted;

   (c)   Paragraph 33 regarding role enhancement – the presentence report should indicate that the role enhancement is not warranted;

   (d)   Paragraph 44 regarding the criminal history category – should be II rather than III;

  (e)  Paragraph 45 should be corrected to the finding of not guilty regarding the offense therein described.

It is further ordered that the court shall send a certified and authenticated copy of this memorandum and order to Mr. Coy at the prison address shown on filing 48.

DATED this 10th day of May, 2005.

                BY THE COURT:

                s/ Richard G. Kopf
                United States District Judge