IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:01CR61 |
|---|---|---|
| Plaintiff, | ) ) ) | **ORDER** |
| vs. | ) ) | |
| CHAD COY, | ) ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion for reconsideration (filing 51) is denied.

DATED this 1st day of June, 2005.

BY THE COURT:
s/ Richard G. Kopf
United States District Judge